HUMBERT J. FUGAZY, Appellant, Respondent, v. MACDOUGAL AMUSEMENT CO., INC., and Others, Defendants, Appellants, and LEOPOLD PRINCE, Defendant, Respondent.— On plaintiff's appeal order affirmed, with costs to respondent Leopold Prince against plaintiff, appellant; and on appeal by defendants judgment reversed and a new trial ordered with costs to defendants, appellants, to abide the event, upon the ground that the verdict was against the weight of the evidence as against all defendants. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.; Merrell, J., dissents and votes for affirmance on the defendants' appeal and reversal on the plaintiff's appeal, and for judgment in favor of plaintiff against all defendants.

ALFRED SCOGNAMILLO, Appellant, v. THREE HUNDRED FIFTY WEST 38TH STREET COMPANY, INC., Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

In the Matter of the Application of JOSEPH BANNON, Petitioner, against JOSEPH A. WARREN, as Police Commissioner of The City of New York, Respondent.— Order of certiorari sustained, determination annulled and fine remitted, with fifty dollars costs and disbursements to the petitioner, on the ground that there is no evi-dence of any dereliction of duty on the part of the petitioner, that he had any knowledge of the misconduct of his men, or that this misconduct was sufficiently continuous to charge him with notice. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

JOHN M. RICCA and Another, Appellants, v. LEVIN & GLASSMAN BUILDING CORPORATION, Respondent.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.; Dowling, P. J., and Merrell, J., dissent.